DAYLE ELIESON
United States Attorney
KATHRYN C. NEWMAN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
(702) 388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA,)<br>Plaintiff,                )<br>                         )<br>     v.                  )<br>                         )<br>TRENTON SARGENT          )<br>Defendant                 | Case No. 2:17-CR-00166-APG-NJK-1<br><br>PETITION FOR ACTION<br>ON CONDITIONS OF<br><u>PRETRIAL RELEASE</u> |

     Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Kelly A. Bowen, United States Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

     Dated this 14th day of May 2018.

 

                                                           DAYLE ELIESON
                                                           United States Attorney

                                                           By   /S/                   
                                                                  KATHRYN C. NEWMAN
                                                                   Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. TRENTON SARGENT                           Docket No. 2:17-cr-00166-APG-NKJ-1

Petition for Action on Conditions of Pretrial Release

COMES NOW KELLY A. BOWEN, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Trenton Sargent, who was placed under pretrial release supervision by Your Honor on August 21, 2017, on a Personal Recognizance Bond with the following conditions:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall satisfy all outstanding warrants within 60 days and provide verification to Pretrial Services or the supervising officer.
3. The defendant shall surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer.
4. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to State of NV.
5. The defendant shall maintain current residence and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
6. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
7. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
8. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
9. The defendant shall pay all or part of the cost of the testing program based upon his ability to pay as Pretrial Services or the supervising officer determines.
10. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
11. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.

On April 11, 2018, a petition for modification of pretrial release conditions was filed and on April 16, 2018, Your Honor granted the petition for the defendant's bond to include the following conditions:

1. Submit to a mental health assessment and any recommended treatment as directed by Pretrial Services. The defendant shall pay all or part of the costs of treatment based upon his ability to pay.
2. The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if Pretrial Services or the supervising officer considers it advisable. The defendant shall pay all or part of the cost of the substance abuse treatment program or evaluation based upon his ability to pay as determined by Pretrial Services or the supervising officer.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. On April 12, 2018, April 16, 2018, and April 20, 2018, the defendant stalled when instructed to submit a urine sample.
2. On April 18, 2018 and April 29, 2018 the defendant submitted a positive drug test for marijuana.
3. On April 22, 2018, the defendant failed to show up for testing as directed.
4. On May 9, 2018, the defendant failed to appear for this mental health and substance abuse assessment.
5. On May 10, 2018, the defendant failed to appear for a drug test.

**PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE SET TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this 15th day of May 2018, and ordered filed and made a part of the records in the above case. | Executed on this 14th day of May, 2018. |
| | Respectfully Submitted, |
| *[signed]* Honorable Peggy A. Leen U.S. Magistrate Judge | *[signed]* Kelly A. Bowen U.S. Pretrial Services Officer Place: Las Vegas, Nevada |